IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01817-RPM-MEH

JOHN WHITTEN,

    Plaintiff,

v.

JOHN R. BARNES and
BARNES ARCHITECTS, INC.,

    Defendants.

_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss [15] filed on December 8, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs, expenses and attorneys' fees.

DATED:   December 10th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge